**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-4275**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD EDWARD CRAWFORD,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CR-99-335)

---

Submitted: August 30, 2000          Decided: September 7, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Louis C. Allen, III, Federal Public Defender, William C. Ingram, First Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney, L. Patrick Auld, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Crawford appeals the forty-six month imprisonment sentence imposed by the district court following his plea of guilty to bank robbery, in violation of 18 U.S.C.A. § 2113(a) (West Supp. 2000). Crawford contends that the district court erred in enhancing his offense level pursuant to U.S. Sentencing Guidelines Manual § 2B3.1(b)(2)(F) (Nov. 1998) for making a "threat of death." We find that, given the tense atmosphere of a bank robbery, Crawford's handing the teller a note on which he wrote that he had a "<u>gun</u>" (emphasis in original), is sufficient to support enhancement under USSG § 2B3.1(b)(2)(F). <u>See e.g.</u> <u>United States v. Burns</u>, 160 F.3d 82, 84 (1st Cir. 1998). The judgment of the district court is affirmed.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>